UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CORNELIUS E. BROWN,

                Plaintiff

v.

HARTMAN,

                Defendant

Case No.  3:23-cv-00618-MMD-CLB

**ORDER**

**I.    DISCUSSION**

On December 5, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* and a document titled "Exhibit." (ECF Nos. 1, 1-1). Plaintiff did not file a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until January 10, 2024**, to submit a complaint to this Court.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **January 10, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his "Exhibit" (ECF No. 1-1).

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED THIS 12th day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE