UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORNELIUS E. BROWN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARTMAN, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-CV-00618-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On September 24, 2025, Defendants filed a motion for summary judgment. (ECF No. 27.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 28.) To date, Plaintiff has not filed an opposition.

The Court will *sua sponte* grant Plaintiff **one** extension of time to **Monday, November 17, 2025**, to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

**DATED**: October 17, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**