UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CORNELIUS E. BROWN, | Case No. 3:23-CV-00618-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER RE PLAINTIFF'S NOTICE OF ERROR** |
| v. | [ECF No. 30] |
| HARTMAN, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Cornelius E. Brown's ("Brown") filing titled "notice of error." (ECF No. 30.) In the one-page filing, Brown states he has not received Defendant's motion for summary judgment, (ECF No. 27), and that there is an "error in the records." (ECF No. 30.)

The Court first notes that pursuant to the Court's General Order No. 2021-05 § 3(d), it is improper to file a "notice" or "letter" in *pro se* inmate non-habeas civil rights cases, such as this one. However, in light of Brown's statement that he has not received Defendant's motion for summary judgment, the Court will direct that Brown be provided a copy of the motion. The Court previously granted Brown a *sua sponte* extension of time file his response to Defendant's motion for summary judgment, setting a deadline of November 17, 2025. (ECF No. 29.) The Court will now *sua sponte* give Brown **one final** extension of time to respond to the motion for summary judgment. Brown's response is now due on December 22, 2025.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall **SEND** to Brown a copy of Defendants' motion for summary judgment, (ECF No. 27)

**IT IS FURTHER ORDERED** that Brown's response to the motion for summary judgment is due on or before **December 22, 2025**.

**DATED**: November 24, 2025.

_____
UNITED STATES MAGISTRATE JUDGE